UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :   20 Cr. 349 (JMF)

       -vs-                         :   [PROPOSED] ORDER

DONNELL SMITH,                      :

       Defendant                    :

------------------------------------X

HONORABLE JESSE M. FURMAN United States District Judge:

It is hereby ORDERED that supervised releasee DONNELL SMITH's supervised release terms are modified to require (i) home incarceration and (ii) the re-engagement in substance abuse treatment and drug testing as directed by the Probation Department.

Dated: ~~September~~ October 1, 2021

SO ORDERED:

_____
The Honorable Jesse M. Furman
United States District Judge