# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG · BEIJING
BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL · SILICON VALLEY

CRAIG B. BROD
NICOLAS GRABAR
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
AUDRY X. CASUSOL
JOHN A. KUPIEC
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
RESIDENT COUNSEL

D: +1 212 225 2609
vhou@cgsh.com

April 4, 2022

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Donnell Smith*, 20-CR-00349 (JMF)

Dear Judge Furman:

   I am counsel appointed under the Criminal Justice Act for the defendant Donnell Smith in the case referenced above.  On behalf of Mr. Smith, we respectfully submit this letter to request that Mr. Smith's sentencing (currently scheduled for 4 p.m. on April 11, 2022) be adjourned to a date on or after April 20, 2022 but before April 28, 2022.  We sincerely apologize for the delay in our correspondence as we were waiting to get further information from our client's treatment program regarding his estimated release date before writing to the Court.  We apologize as well as for any inconvenience the delay may have caused the Court.

   The requested adjournment will allow Mr. Smith to train as a peer coach at Samaritan Daytop Village's Veteran's Residential Treatment Program, where he is currently a resident in treatment for substance abuse and addiction.  I believe that the fact that Samaritan House wants Mr. Smith to serve as a peer coach is a testament to the progress he has made in his treatment.  Serving as a peer coach will allow him to build on that progress while helping others and there is the possibility that it may also lead to an offer of full-time employment.

   Mr. Smith's period of supervised release expires on April 27, 2022.  Upon consultation with the United States Probation Office, which consulted with Mr. Smith's counselors at Samaritan Daytop Village, we believe that Mr. Smith would be best served emotionally and mentally (and his recovery therefore best supported) if his sentencing occurs before his supervised release ends.  We further believe, in light of Mr. Smith's hard work and

Hon. Jesse M. Furman, p. 2

success, that extending supervision is not in Mr. Smith's nor the government's interest. Although Mr. Smith's counselors cannot at present provide a certain date for his discharge, the current hope is that he will complete the program sometime in mid-June.

Accordingly, we respectfully request that his sentencing be adjourned to a date on or after April 20, 2022 but before April 28, 2022. The parties jointly and respectfully suggest April 20-22 or April 25.

I have consulted with Assistant United States Attorney Danielle Kudla who consents to this request.

Respectfully Submitted,

*/s/ Victor L. Hou*
Victor L. Hou

cc:  Danielle Kudla, Assistant United States Attorney (via ECF)
     Lauren Blackford, United States Probation Office

Application GRANTED. Unfortunately, the Court is unavailable on the parties' preferred dates. Accordingly, the proceeding is hereby ADJOURNED to April 26, 2022, at 10:45 a.m.. The Clerk of Court is directed to terminate Doc. #19. SO ORDERED

April 5, 2022